UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 18-cv-07798-RMI<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 21 |

This Social Security appeal was filed on December 28, 2018. (Dkt. 1). On April 25, 2019, Defendant filed a Motion to Dismiss on the ground that Plaintiff's complaint was not timely filed. (Dkt. 15). The court granted the motion with leave to amend the complaint so that Plaintiff may make good-faith allegations that would warrant the application of equitable tolling. (Dkt. 18). Thereafter, Plaintiff filed an Amended Complaint. (Dkt. 20). On July 26, 2019, Defendant filed a Second Motion to Dismiss on the same grounds as its first motion to dismiss. (Dkt. 21). Plaintiff's response was due by August 9, 2019. Plaintiff has not filed a response. Accordingly, Plaintiff shall, no later than November 7, 2019, show cause why this appeal should not be DISMISSED without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: October 31, 2019

ROBERT M. ILLMAN
United States Magistrate Judge